

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2020

No. 04-20-00066-CV

**IN THE INTEREST OF A.R.**, M.R., and K.G.D.R., Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00255
Honorable Linda A. Rodriguez, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

It is so **ORDERED** on March 18, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2020.

_____
Michael A. Cruz, Clerk of Court